# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07-CIV-9526                                                                 Date Filed: _____

Plaintiff:
**VENDA, INC.,**

vs.

Defendant:
**RAPUNZELS OF PALM BEACH, INC., d/b/a RAPUNZEL'S CLOSET.,**

For:
Noah Shube, Esq.
THE LAW OFFICES OF NOAH SHUBE
434 Broadway
6th Floor
New York, NY 10013

Received by FLORIDA PROCESS SERVICE, INC. on the **1st day of November, 2007** at **9:26 am** to be served on **RAPUNZEL'S OF PALM BEACH INC., d/b/a RAPUNZEL'S CLOSET 326 SOUTH COUNTRY ROAD PALM BEACH, FL. 33480.**

I, Barry Wolf, being duly sworn, depose and say that on the **1st day of November, 2007** at **3:30 pm, I:**

**SERVED** the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me to **JULIETTE LOUIS** as **MANAGER** of the within named corporation, in compliance with F.S. 48.081.(1)(a)(b)(c)(d)(2)(3)

I certify that I am a certified process server in the circuit in which the process was served and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Subscribed and Sworn to before me on the 13th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Barry Wolf
P.B. # 826

**FLORIDA PROCESS SERVICE, INC.**
**P.O. Box 013366**
**Miami, FL 33101-3366**
(305) 371-9900

Our Job Serial Number: 2007006307

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j