HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Robert S. Raymar, Esq. (RR/0876)
One Gateway Center
Newark, New Jersey 07102-5386
(973) 621-9020
Attorneys for Defendant Rapunzels of Palm Beach, Inc.
d/b/a Rapunzel's Closet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
VENDA, INC.,                       :   Civil Action No. 07 CIV 9526
                                       (JSR)
           Plaintiff,              :

v.                                 :   CORPORATE DISCLOSURE STATEMENT
                                       PURSUANT TO FED.R.CIV.P. 7.1
RAPUNZELS OF PALM BEACH, INC.,     :
d/b/a RAPUNZEL'S CLOSET,               (Electronically Filed)
                                   :
           Defendant.
-----------------------------------x

   Pursuant to Federal Rule of Civil Procedure 7.1., defendant Rapunzels of Palm Beach, Inc. d/b/a Rapunzel's Closet states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

                            HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
                            Attorneys for Defendant Rapunzels of
                            Palm Beach, Inc. d/b/a Rapunzel's Closet

                            By: _____
                                ROBERT S. Raymar
                                A Member of the Firm

Dated: November 26, 2007