HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Robert B. Rosen, Esq. (RR5016)
One Gateway Center
Newark, New Jersey 07102-5386
(973) 621-9020
Attorneys for Defendant Rapunzels of Palm Beach, Inc.
d/b/a Rapunzel's Closet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
VENDA, INC.,                        :   Civil Action No. 07 CIV 9526
                                            (JSR)
            Plaintiff,              :

v.                                  :   NOTICE OF APPEARANCE

RAPUNZELS OF PALM BEACH, INC.,      :   (Electronically Filed)
d/b/a RAPUNZEL'S CLOSET,
                                    :
            Defendant.
-----------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that ROBERT B. ROSEN, ESQ., of Hellring Lindeman Goldstein & Siegal LLP, hereby enters his appearance on behalf of defendant Rapunzels of Palm Beach, Inc. d/b/a Rapunzel's Closet in the above entitled action and demands that all notices given or required to be given, and all papers served be given to and served upon him at the following address and telephone number:

Hellring Lindeman Goldstein & Siegal LLP
One Gateway Center
Newark, New Jersey 07102-5386
(973) 621-9020

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Defendant

By: _____
ROBERT B. ROSEN
A Member of the Firm

Dated: Newark, New Jersey
November 29, 2007


To: Noah Shube, Esq.
    Law Offices of Noah Shube
    434 Broadway, 6th Floor
    New York, New York 10013