*Robert, J*

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Robert S. Raymar, Esq. (RR/0876)
Attorneys for Defendant Rapunzels of Palm Beach, Inc.
d/b/a Rapunzel's Closet
One Gateway Center
Newark, New Jersey 07102-5386
(973) 621-9020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
VENDA, INC.,                     :   Civil Action No. 07 CIV 9526 (JSR)

         Plaintiff,              :
                                     STIPULATION EXTENDING
v.                               :   DEFENDANT'S TIME TO ANSWER

RAPUNZELS OF PALM BEACH, INC.,   :
d/b/a RAPUNZEL'S CLOSET,             (Electronically Filed)
                                 :
         Defendant.
---------------------------------x

IT IS HEREBY STIPULATED, by and between the undersigned, counsel to the parties of this action, that:

1. Defendant's time to file its answer to the Complaint is extended to December 7, 2007; and

2. Defendant shall serve its answer to the Complaint on or before November 27, 2007. Service of the answer



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-07

electronically, through an e-mail transmission, shall be deemed sufficient.

| LAW OFFICES OF NOAH SHUBE<br>Attorneys for Plaintiff<br><br>By: _____<br>NOAH SHUBE (NS/1300)<br><br>434 Broadway, 6th Floor<br>New York, New York 10013<br>(800) 416-9820 | HELLRING LINDEMAN GOLDSTEIN &<br>SIEGAL LLP<br>Attorneys for Defendant<br><br>By: _____<br>ROBERT S. RAYMAR (RR/0876)<br><br>One Gateway Center<br>Newark, New Jersey 07102-5386<br>(973) 621-9020 |
|---|---|
| Dated: November 27, 2007 | Dated: November 27, 2007 |

SO ORDERED:

_____
U.S.D.J.
11-29-07

2