Noah Shube (NS 1300)
The Law Offices of Noah Shube
434 Broadway, 6th Floor
New York, NY 10013
(212) 274-8638

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VENDA, INC.

                           **Plaintiff,**

           against -

RAPUNZELS OF PALM BEACH, INC. d/b/a
RAPUNZEL'S CLOSET,

                         **Defendant.**
------------------------------------------------------------------x

07 Civ. 9526 (JSR)

## PLAINTIFF AND COUNTERCLAIM-DEFENDANT VENDA'S ANSWER TO DEFENDANT COUNTERCLAIMANT RAPUNZELS' COMPLAINT

Plaintiff and Counterclaim-defendant Venda, Inc. ("Venda"), by its attorneys, as and for its Answer to Defendant Counterclaimant Rapunzels Of Palm Beach, Inc. d/b/a Rapunzel's Closet ("Rapunzel") Counterclaim in this action, states as follows:

1. Denies the allegations contained in ¶ 1 of the Counterclaim.

2. Venda lacks information sufficient to form a belief as to the truth of the allegations contained in ¶ 2 of the Counterclaim.

3. Denies the allegations contained in ¶ 3 of the Counterclaim.

4. Denies the allegations contained in ¶ 4 of the Counterclaim.

5. Denies the allegations contained in ¶ 5 of the Counterclaim.

6. Denies the allegations contained in ¶ 6 of the Counterclaim.

7. Denies the allegations contained in ¶ 7 of the Counterclaim.

8. Denies the allegations contained in ¶ 8 of the Counterclaim.

9. Admits Venda and Rapunzel exchanged e-mails, denies the rest of the allegations contained in ¶ 9 of the Counterclaim.

10. Denies the allegations contained in ¶ 10 of the Counterclaim.

11. Denies the allegations contained in ¶ 11 of the Counterclaim.

12. Denies the allegations contained in ¶ 12 of the Counterclaim.

13. Denies the allegations contained in ¶ 13 of the Counterclaim.

14. Denies the allegations contained in ¶ 14 of the Counterclaim.

15. Denies the allegations contained in ¶ 15 of the Counterclaim.

16. Denies the allegations contained in ¶ 16 of the Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

17. The Counterclaim fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

18. Defendant Counterclaimant has waived any right to maintain this action.

### THIRD AFFIRMATIVE DEFENSE

19. The Counterclaim is based on Defendant Counterclaimant's own breach and thus is barred.

### FOURTH AFFIRMATIVE DEFENSE

20. Defendant Counterclaimant is estopped from maintaining this action.

### FIFTH AFFIRMATIVE DEFENSE

21. Defendant Counterclaimant's claims are barred by contract.

WHEREFORE, Plaintiff and Counterclaim-defendant demands judgment against the Defendant Counterclaimant:

A. Dismissing the Defendant Counterclaimant's complaint in its entirety; and

B. Awarding such other and further relief as this Court may deem just and proper.

Dated: December 14, 2007
        New York, New York

_____
Noah Shube (NS 1300)
The Law Offices of Noah Shube
434 Broadway, 6th Floor
New York, NY 10013
(212) 274-8638

Irwin B. Schwartz (IS 3141)
225 Franklin Street, 26th Fl.
Boston, MA 02110
(617) 421-1800