UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Venda, Inc.

            -against-

Rapunzels of Palm Beach
-----------------------------------------------------------

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12-19-07

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 9526(JSR)( DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X**  Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions:_____

ALL DATES IN CASE MANAGEMENT PLAN REMAIN IN EFFECT

\* Do not check if already referred for general pretrial

**SO ORDERED**

DATED:    New York, New York
            12/19/07

_____
United States District Judge