UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VENDA, INC., :

            Plaintiff, :    ORDER
  -v.- :

                                       07 Civ. 9526 (JSR) (GWG)

RAPUNZELS OF PALM BEACH, INC., :

            Defendant. :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       This case was randomly assigned to Magistrate Judge Debra Freeman at the time of its filing. When the Order of Reference issued, however, the Clerk's Office mistakenly indicated on the docket sheet that the case had been referred to me. Accordingly, I issued an order scheduling a settlement conference.

       The error on the docket sheet has now been brought to my attention. Accordingly, and after consulting with Judge Freeman, the Order setting a settlement conference (Docket # 12) is vacated and the conference described therein is cancelled. Judge Freeman will be in contact with the parties to arrange for a settlement conference before her.

       SO ORDERED.

Dated: January 16, 2008
       New York, New York

                                                 GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge