Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
VENDA, INC. :
: 07 Civ. 9526 (JSR)
                Plaintiff, :
:
   against - :
: Stipulation of
: Discontinuance
RAPUNZELS OF PALM BEACH, INC. d/b/a :
RAPUNZEL'S CLOSET, :
:
                Defendant. :
------------------------------------------------------------------------x

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys for all parties herein, that the above-entitled action is hereby discontinued with prejudice and without costs to any party.

_____
Noah Shube (NS1300)
The Law Office of Noah Shube
434 Broadway, Sixth Fl.
New York, NY 10013
Dated: ~~January~~ February 23, 2008

_____
Attn. Robert Raymar (RR 0876)
Hellring Lindeman Goldstein &
Siegal LLP
One Gateway Center
Newark, New Jersey 07102-5386

So Ordered:

_____
United States District Judge
2-29-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08

A

7